**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-1664**

———————

JOHN LAIRD,

Plaintiff - Appellant,

versus

JOHN SNOW, Secretary, US Department of the
Treasury,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Roger W. Titus, District Judge. (CA-03-
2717-RWT)

———————

Submitted: February 9, 2005      Decided: February 22, 2005

———————

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Frederic M. Brandes, Timonium, Maryland, for Appellant. Thomas M.
DiBiagio, United States Attorney, John W. Sippel, Jr., Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Laird appeals the district court's orders denying relief on his civil complaint and denying his motion for reconsideration. We find that Laird's complaint was untimely filed for the reasons stated by the district court. Accordingly, we affirm. See Laird v. Snow, No. CA-03-2717-RWT (D. Md. Mar. 17, 2004 & Apr. 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED